65 A.3d 258

LUIS PEREZ, PLAINTIFF–RESPONDENT, v. ZAGAMI, LLC, D/B/A THE LANDMARK AMERICANA TAP AND GRILL, D/B/A LAND-MARK LIQUORS, D/B/A THE SPOT, DEFENDANT–PETITION-ER.

January 11, 2013.

ORDERED that the petition for certification is granted, limited to the issue of whether the New Jersey Civil Rights Act, *N.J.S.A.*

10:6–1 to –2, is applicable to defendants not acting under color of State law.